STATE OF CONNECTICUT *v.* ASHEEK YUSUF

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 594 (AC 20529), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided September 12, 2002

NORBERTO RIVERA *v.* COMMISSIONER OF CORRECTION

The petitioner Norberto Rivera's petition for certification for appeal from the Appellate Court, 70 Conn. App. 452 (AC 20818), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Todd A. Edgington*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided September 12, 2002